Paul A. Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
Telephone: (206) 858-6983
Email: paul@kampmeierknutsen.com

Emma A.O. Bruden, WSBA # 56280
Kampmeier & Knutsen PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
Tel: (503) 719-5641
Email: emma@kampmeierknutsen.com

*Attorneys for Plaintiff Communities for a Healthy Bay*

The Honorable Tiffany M. Cartwright

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMUNITIES FOR A HEALTHY BAY, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>TYEE MARINA, LLC, a Washington Limited Liability Company; TYEE PROPERTIES, LLC, a Washington Limited Liability Company; and WILLIAM BRADBROOKE, an individual,<br><br>Defendants. | Case No. 3:23-cv-05432-TMC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TWO DEADLINES |

ORDER- 1
W.D. Wash. Case. No. 3:23-cv-05432-TMC

Kampmeier & Knutsen PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983

BEFORE THE COURT is Plaintiff's Motion to Extend Two Deadlines.

The Court finds good cause to grant the motion; accordingly, IT IS HEREBY ORDERED: The deadline for filing motions to join parties and amend pleadings is May 24, 2024.

IT IS SO ORDERED.

DATED this 3rd day of November 2023.

*(signature)*

Tiffany M. Cartwright
United States District Court Judge

Presented by:

KAMPMEIER & KNUTSEN PLLC

By: s/ Paul A. Kampmeier
Paul A. Kampmeier, WSBA No. 31560
705 Second Avenue, Suite 901
Seattle, Washington 98104
Phone: (206) 858-6983
paul@kampmeierknutsen.com

*Attorneys for Plaintiff Communities for a Healthy Bay*

ORDER- 2
W.D. Wash. Case. No. 3:23-cv-05432-TMC

Kampmeier & Knutsen PLLC
705 Second Avenue, Suite 901
Seattle, Washington 98104
(206) 858-6983